IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALEXANDER BRICKHOUSE, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Case No. 12-593-DRH-PMF |
| | ) |
| **JOHN REDSTONE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

**HERNDON, Chief Judge:**

      Before the Court are separate motions to dismiss filed by defendant, the City of Granite City, seeking dismissal of plaintiffs' (Alexander Brickhouse and Avianne Lee Khalil) count IV (Doc. 21) against it, and defendants John Redstone and Richard Dawes' motion to dismiss counts IV-IX (Doc. 27) against them. Plaintiffs failed to timely respond to either motion, the deadline being October 1, 2012, despite the Court granting plaintiffs additional time to respond to the motion to dismiss (Doc. 21) filed by the City of Granite City. Pursuant to Local Rule 7.1(c) of the Local Rules of the United States District Court for the Southern District of Illinois, the Court considers plaintiffs' failure to timely file a response as an admission on the merits of the motion. SDIL-LR 7.1(c). Accordingly, defendant the City of Granite City's motion to dismiss count IV (Doc. 21) and defendants Redstone and Dawes' motion

to dismiss counts IV-IX (Doc. 27) are both granted.

**IT IS SO ORDERED**.

Signed this 2nd day of October, 2012.

Digitally signed by David R. Herndon
Date: 2012.10.02 11:35:00 -05'00'

**Chief Judge**
**United States District Court**