IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALEXANDER BRICKHOUSE,

Plaintiff,

v.

JOHN REDSTONE, et al.,

Defendants.                                              No. 12-cv-00593-DRH-PMF

### ORDER

**HERNDON, Chief Judge:**

Pending now before the Court is plaintiff Alexander Brickhouse's motion for dismissal as to Officer Richard Dawes, agreed to by the parties (Doc. 62). The Court **ACKNOWLEDGES** said motion and holds that Officer Richard Dawes is **DISMISSED with prejudice** and without costs or attorneys' fees. Further, at the close of the case, the Court directs the Clerk of the Court to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 19th day of April, 2013.

David R. Herndon
2013.04.19
15:29:00 -05'00'

Chief Judge
United States District Court