IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEXANDER BRICKHOUSE and AVIANNE KHALIL,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JOHN REDSTONE, RICHARD DAWES, CITY OF GRANITE, JOHN DOE OFFICER 1 – XXX and LITTLE HILLS HEALTHCARE, L.L.C.,<br><br>    Defendants. | Case No. 12-cv-593-SMY-PMF |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Alexander Brickhouse's Motion to Change Venue (Doc. 110) to which defendant John Redstone responded (Doc. 111).

Brickhouse asks that this trial be moved from the Benton to the East St. Louis Courthouse for judicial economy, costs, and convenience of all parties and witnesses. He notes that witnesses on both sides reside in Granite City, Illinois, which is only seven miles from the East St. Louis Courthouse, but over one-hundred miles from the Benton Courthouse. Brickhouse represents that Redstone "takes no position on the matter" (Doc. 110).

Redstone responded arguing that Brickhouse misrepresented Redstone's position and has no legal basis to request the change in courthouse. To that extent, Redstone objects to Brickhouse's motion. Redstone cites to *Craig v. Harrah's Entertainment, Inc.*, 05-cv-812-DRH, 2006 WL 1004931 (S.D. Ill. Apr. 13, 2006), in which the Honorable David R. Herndon explained that the Southern District of Illinois is not divided into "divisions" for the purposes of a transfer-of-venue motion under 28 U.S.C. § 1404.

The Court agrees that Brickhouse's motion is inappropriate under 28 U.S.C. § 1404. The Court **DENIES** the motion (Doc. 110) for that reason. However, due to the unavailability of the courtroom at the Benton Courthouse, the Court will conduct this trial in the East St. Louis Courthouse. The final pretrial conference will remain at the Benton Courthouse on October 28, 2014, at 11:00 a.m. The jury trial will now take place at the East St. Louis Courthouse on November 24, 2014, at 9:00 a.m.

**IT IS SO ORDERED.**

**DATED:** October 24, 2014

s/ Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**